UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CARTWRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | Case No.: 1:13-cv-00463-AWI-SAB (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE A RESPONSE TO THE COURT'S MAY 1, 2013, ORDER REGARDING HIS MOTION FOR STAY AND ABEYANCE<br><br>(ECF No. 7) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on March 29, 2013, along with a motion for stay and abeyance.

On May 1, 2013, the undersigned issued an order informing Petitioner that he failed to meet the requirements for a stay under <u>Rhines v. Weber</u>, 544 U.S. 269 (2005), but he could at his option seek a stay under <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2003).

On July 5, 2013, Petitioner filed a motion for reconsideration of the Court's May 1, 2013, order by the Honorable Anthony W. Ishii. On July 31, 2013, Petitioner's motion for reconsideration was denied.

Because Petitioner opted to file a motion for reconsideration in lieu of filing a response to the Court's May 1, 2013, order, in the interest of justice the Court will grant Petitioner an additional

**twenty (20)** days to file a response to the Court's order.  If Petitioner fails to comply with this Court order, the Court will deny his motion for stay and abeyance.

IT IS SO ORDERED.

Dated:   **August 6, 2013**                                   /s/ Jennifer A. Boone
                                                                                  UNITED STATES MAGISTRATE JUDGE