1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   HENRY CARTWRIGHT,                          )   Case No.: 1:13-cv-00463-AWI-SAB (HC)
                                                )
12              Petitioner,                     )   ORDER DENYING PETITIONER'S MOTION
                                                )   FOR COPY OF OBJECTIONS FILED IN THIS
13         v.                                   )   COURT
                                                )
14   CONNIE GIPSON,                             )   (ECF No. 11)
                                                )
15              Respondent.                     )
                                                )
16   _____   )

17         Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. §

18   2254.

19         On July 11, 2013, Petitioner filed a motion requesting a copy of the "objections" he filed in

20   this Court on July 5, 2013.  Petitioner indicates that he inadvertently provided the Court with his own

21   personal copy of the document.  Petitioner requests this Court return a copy of his July 11, 2013,

22   filing.

23         Petitioner is advised that it is his responsibility to maintain a copy of all filings he submits to

24   this Court, and the clerk does not ordinarily provide free copies of documents to parties.  The clerk

25   charges $.50 per page for copies of documents, plus $9.00 per document for certification.   See 28

26   U.S.C. § 1914(a).  Copies may be made by the clerk's office at this court upon request and

27   prepayment of the copy fees.

28

                                                    1

1    The fact that the court has granted leave for petitioner to proceed in forma pauperis does not

2    entitle him to free copies of documents from the court.  Under 28 U.S.C. § 2250, the clerk is not

3    required to furnish copies without cost to an indigent petitioner except by order of the judge.  In this

4    action, the undersigned has not issued an order directing the clerk to provide copies to Petitioner.

5    Therefore, Petitioner is not entitled to a free copy of his filing at this time.

6         Accordingly,

7         IT IS HEREBY ORDERED that Petitioner's motion for a free copy of his July 11, 2013, filing

8    is DENIED.

9

10   IT IS SO ORDERED.

11

12   Dated:    **August 6, 2013**                                     _____

                                                          UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2