UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CARTWRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | Case No.: 1:13-cv-00463-AWI-SAB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR COPY OF OBJECTIONS FILED IN THIS COURT<br><br>(ECF No. 11) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 11, 2013, Petitioner filed a motion requesting a copy of the "objections" he filed in this Court on July 5, 2013. Petitioner indicates that he inadvertently provided the Court with his own personal copy of the document. Petitioner requests this Court return a copy of his July 11, 2013, filing.

Petitioner is advised that it is his responsibility to maintain a copy of all filings he submits to this Court, and the clerk does not ordinarily provide free copies of documents to parties. The clerk charges $.50 per page for copies of documents, plus $9.00 per document for certification. See 28 U.S.C. § 1914(a). Copies may be made by the clerk's office at this court upon request and prepayment of the copy fees.

The fact that the court has granted leave for petitioner to proceed in forma pauperis does not entitle him to free copies of documents from the court.  Under 28 U.S.C. § 2250, the clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.  In this action, the undersigned has not issued an order directing the clerk to provide copies to Petitioner.  Therefore, Petitioner is not entitled to a free copy of his filing at this time.

Accordingly,

IT IS HEREBY ORDERED that Petitioner's motion for a free copy of his July 11, 2013, filing is DENIED.

IT IS SO ORDERED.

Dated:   **August 6, 2013**  
_____  
UNITED STATES MAGISTRATE JUDGE