IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY CARTWRIGHT,**<br><br>Petitioner,<br><br>v.<br><br>**CONNIE GIPSON, Warden,**<br><br>Respondent. | 1:13-cv-00463 AWI-MJS HC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER** |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2013, the Court granted Petitioner's motion to stay. (ECF No. 20.) On August 7, 2014, the Court issued an order to show cause why the stay should not be vacated. (ECF No. 22.) Petitioner was required to file a response to the order to show cause within fourteen (14) days of service of the order. Petitioner was warned that failure to comply with the order may result in the dismissal of his petition pursuant to Local Rule 110.

Over fourteen days have passed without Petitioner having filed a response to the order to show cause.

Local Rule 110 provides that "failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any

1

and all sanctions . . . within the inherent power of the Court." District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case." Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

Petitioner has not responded to the Court's August 7, 2014 order. The deadline for filing a response to the order to show cause has passed. (ECF No. 22.) Nevertheless, Petitioner shall be given one final opportunity to file, no later than thirty days from the date of service of this order, a response to the order to show cause why his case should not be dismissed for failure to comply with a court order. Failure to respond by this deadline will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   September 4, 2014         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2