IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY CARTWRIGHT,**<br><br>                              Petitioner,<br><br>             v.<br><br>**CONNIE GIPSON, Warden,**<br><br>                              Respondent. | Case No. 1:13-cv-00463 AWI MJS (HC)<br><br>**ORDER DENYING PETITIONER'S MOTION TO GRANT PETITION FOR FAILURE OF RESPONDENT TO FILE ANSWER**<br><br>**(Doc. 40)**<br><br>**ORDER DIRECTING RESPONDENT TO RE-SERVE PETITIONER WITH ANSWER WITHIN 14 DAYS** |

On March 29, 2013, Petitioner filed a petition for writ of habeas corpus. On December 24, 2014, the Court directed Respondent to file a response to the petition. (ECF No. 28.) After requesting two extensions of time, Respondent timely filed an answer with the Court on April 23, 2015. (ECF No. 38.) Respondent attached a proof of service to the answer stating that a copy of the answer was mailed to Petitioner on the date of filing. (Id. at 46.)

On May 26, 2015, Petitioner filed a motion requesting the petition be granted based on Respondent's failure to file a response to the petition. (ECF No. 40.) In the motion, Petitioner asserts that he did not receive a copy of the answer.

Based on the record before the Court, it appears that Respondent attempted service of the answer on Petitioner; however, Petitioner did not receive a copy of the

1  answer. Based on Respondent's filing of the answer with the Court and the attempted
2  compliance with her duty to serve Petitioner with the answer, the motion to grant the
3  petition is DENIED.
4      It is further ORDERED that Respondent re-serve Petitioner with a copy of the
5  answer within fourteen (14) days of the issuance of this order. Petitioner shall have thirty
6  (30) days from the date of service of the answer to file a traverse.

IT IS SO ORDERED.

Dated:    June 10, 2015              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE